IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KRISTINE VLIET<br><br>v.<br><br>LIBERTY MUTUAL PERSONAL INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 21-3766 |
|---|---|

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 14th day of March, 2022, for the reasons in the foregoing Memorandum and after careful consideration of Defendant Liberty Mutual Personal Insurance Company's Motion to Dismiss (ECF 13), Plaintiff Kristine Vliet's Response (ECF 14), and Defendant's Reply (ECF 15), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Counts II, III, IV, and V the Amended Complaint (ECF 11) are **DISMISSED**, without prejudice and with leave to amend within fourteen (14) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-3766 Vliet v. Liberty Mutual Personal Ins. Co\21cv3766 Order re MtD.docx