IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KRISTINE VLIET | CIVIL ACTION |
|---|---|
| v. | NO. 21-3766 |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY | |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 10th day of June, 2022, for the reasons in the foregoing Memorandum and after careful consideration of Defendant Liberty Mutual Personal Insurance Company's Motion to Dismiss (ECF 20) and Plaintiff Kristine Vliet's Response (ECF 21), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-3766 Vliet v. Liberty Mutual Personal Ins. Co\21cv3766 Order re Second MtD.docx